```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**PAUL EUGENE BAILEY,** :
:
    **Petitioner,** :
:
**vs.** : CIVIL ACTION NO. 20-00318-KD-B
:
**KENNETH PETERS**, :
:
    **Respondent.** :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection(doc. 5) is made, the Report and Recommendation (doc. 4) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** for lack of jurisdiction due to Petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A). It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability and he is not entitled to proceed *in forma pauperis* on appeal.

    **DONE** this 6th of July 2020.

                                                 s/ Kristi K. DuBose
                                                 KRISTI K. DuBOSE
                                                 CHIEF UNITED STATES DISTRICT JUDGE